800 F.2d 1142
 Zeltner (Louis W.), Hunterson (Neil)
v.
Kean (Thomas), Fauver (William), Hilton (Gary), Seidel
(Richard), Hicks (Sidney), Crawford (Thomas), Ballai
(Elaine), McClammy (Wm.), Barbo (James), Turner (Anthony),
Morton (Willis), Investigator Pogozinski, Kimmelman (Irwin
I.), Stabile (James), O'Sullivan (Loretta), Officer
Caserella, Officer Saltzman, Sgt. Conyers, Sgt. Dobron, Lt.
Wilson, Lt. Hendricks, Sgt. Kyle, Sgt. Venable, SCO
Dowining, Inman, Dr.Gibbons,Dr. Brant,Does (John) I-IXX
 NO. 85-5773
 United States Court of Appeals,
Third Circuit.
 JUL 24, 1986
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.